IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT JOHN HANLON<br><br>Defendant. | CR 25-103-BLG-SPW<br><br>ORDER |
|---|---|

Pending before the Court is the United States' Unopposed Motion to Dismiss the Indictment Without Prejudice (Doc. 19). For good cause being shown,

**IT IS HEREBY ORDERED** that the United States' Motion (Doc. 19) is **GRANTED.** The indictment against Robert John Hanlon in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that the Trial presently set for December 1, 2025 at 9:00 a.m. is **VACATED** and all pending Motions are **DENIED** as moot.

1

**IT IS FURTHER ORDERED** that the Defendant, Robert John Hanlon, shall be released from the custody of the U.S. Marshals Service.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Services of the making of this Order.

DATED this 21st day of October, 2025.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge